## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAUREN C. O'CONNOR,<br><br> Plaintiff,<br><br>vs.<br><br>XPRESS CARGO, INC.,<br>and JOHN J. DANIELS,<br><br> Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:21-cv-0797<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 51). The parties both stipulate to the dismissal with prejudice of the causes of action raised in the above-captioned matter.

Wherefore, after reviewing the Joint Stipulation for Dismissal with Prejudice, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear its respective costs and attorney's fees.


**IT IS SO ORDERED.**
**Dated: April 20, 2022**

                **/s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**

| | |
|---|---|
| /s/ Scott D. Bjorseth | /s/Carolyn M. Kopsky (with consent) |
| Scott D. Bjorseth   #06203776 | Kevin L. Fritz   #6295633 |
| Tori L. Walls   #06281223 | Carolyn M. Kopsky   #6195037 |
| RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC | LASHLY & BAER, P.C. |
| 107 Southpointe Drive | 714 Locust Street |
| Edwardsville, IL 62026 | St. Louis, MO  63101 |
| (618) 659-0588 | (314) 621-2939 (Telephone) |
| (618) 465-3744 | (314) 621-6844 (FAX) |
| sbjorseth@rssclaw.com | klfritz@lashlybaer.com |
| tlwalls@rssclaw.com | cmkopsky@lashlybaer.com |

and

*Attorneys for Defendants Xpress Cargo, Inc. and John J. Daniels*

James P. Krupp #31892
Ryan J. Krupp #71045
Krupp Law Firm
12813 Flushing Meadows Drive, #150
St. Louis, MO 63131
(314) 835-9999 (Telephone)
James.krupp@krupplawfirm
Ryan.Krupp@drupplawfirm.com

*Attorneys for Plaintiff Lauren O'Connor*